David T. Berry (4196)
Leasa M. Tripp (8005)
J. Robert Tripp (15272)
BERRY & TRIPP P.C.
5296 So. Commerce Dr., Suite 200
Salt Lake City, UT  84107
Tel: (801) 265-0700
E-mail: slc@berrytripp.com

Attorneys for Debtor(s)

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## DISTRICT OF UTAH

| | |
|---|---|
| In re:  **TERRY JOHN STEWART**<br>XXX-XX-8342<br><br>Debtor(s). | Case No. 17-24575<br>Chapter 13<br><br>Judge William T. Thurman |

### MOTION TO MODIFY CHAPTER 13 PLAN

COME(S) NOW Debtor(s), Terry Stewart, by and through counsel, pursuant to 11 U.S.C. § 1323 move for an Order as follows:

1. Debtor(s) filed a Chapter 13 petition for relief on May 25, 2017.

2. The Debtor(s)' Chapter 13 Plan was filed with the Court on May 31, 2017.

3. The Debtor(s) seek(s) to alter paragraph 12(j) as follows:

Creditor: Nissan Motor; Treatment: This claim shall be paid directly by the Debtor(s), without any modification to the terms of the original debt or security documents.  The creditor may continue to mail customary notices or payment coupons to the Debtor(s) notwithstanding the automatic stay.  The Trustee shall not make a distribution on this claim under the Plan and shall not monitor the Debtor(s)' compliance as to direct payments to this creditor. Reason: Direct Pay.

4. All other provisions remain the same and unaffected.

5. The proposed modifications do not negatively impact any creditors.

6. As such, the Debtor(s) respectfully request(s) the Court to confirm the Chapter 13 Plan as modified herein and to grant Debtor(s) such other relief as the court shall deem just and proper.

Dated this 2nd day of August 2017.        ___/s/ Robert Tripp_____
                                          David T. Berry
                                          Leasa M. Tripp
                                          J. Robert Tripp
                                          BERRY & TRIPP
                                          Attorneys for Debtors